AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| Nostromo LLC | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )    Civil Action No.  2:24-cv-00122 |
| ADT Inc. and ADT LLC | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ADT LLC
c/o C T Coporation System
1999 Bryan Street, Suite 900
Dallas, Texas 75201-3136

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Fabricant LLP
411 Theodore Fremd Ave., Suite 206 South, Rye, NY10580
c/o Vincent J. Rubino, III

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  **2/21/2024**



_Signature of Clerk or Deputy Clerk_
David A. O'Toole

14.1

UNITED STATES DISTICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

Index Number: 2:24-CV-00122
Date Filed: 02/21/2024

ATTORNEY(S) FABRICANT LLP
411 THEODORE FREMD ROAD, SUITE 206 SOUTH RYE, NY 10580 |  PH: (646) 797-2085

NOSTROMO LLC

Plaintiff

vs

ADT INC. AND ADT LLC

Defendant

## AFFIRMATION OF SERVICE

**Raed Ibrahim** , the undersigned, affirms and states that deponent is not a party to this action,
is over 18 years of age and resides in the State of New York.

That on **2/27/2024**, at **1:26 PM** at **28 Liberty  Street, NEW   YORK, NY 10005**, Deponent served the within  **Summons in a
Civil Action and Complaint,**with the index number and the filing date of the action were endorsed upon the face of the
papers so served herein. On: **ADT LLC c/o CT CORP SYSTEM**, <u>Defendant</u> therein named, ( hereinafter referred to as "subject").

By delivering to and leaving with **Ingrid Lopez**  said individual to be **Agent For Service Of Process** who specifically stated he/she was
**authorized to accept service** on behalf of the Corporation/Government Agency/Entity/Partnership.  A description of Ingrid Lopez  is as
follows:

Sex: Female      Color of skin: Brown      Color of hair: Black   Age: 36-50
Height: 5ft4in-5ft8in     Weight: 131-160 Lbs.  Other :

I affirm on this day    __February 27, 2024__  , under the penalties of
perjury under the law of New York, which may include a fine or imprisonme
that the foregoing is true, and I understand that this document may be filed
an action or proceeding in a court of law.

Raed Ibrahim

Lic #       1326602
JobID      2411138



Client's File No.:

*INTER COUNTY JUDICIAL SERVICES, LLC,  6851 JERICHO TURNPIKE, SUITE 180, SYOSSET, NY 11791 LICENSE # 1371771*