AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Texas

| | |
|---|---|
| Nostromo LLC | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  2:24-cv-00122 |
| ADT Inc. and ADT LLC | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ADT Inc.
c/o The Corporation Trust Company,
Corporation Trust Center
1209 Orange St.
Wilmington, DE 19801

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Fabricant LLP
411 Theodore Fremd Ave., Suite 206 South, Rye, NY10580
c/o Vincent J. Rubino, III

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   **2/21/2024**

*Signature of Clerk or Deputy Clerk*

ATTORNEY(s) : Fabricant LLP
INDEX # : 2:24-cv-00122-JRG
PURCHASED/FILED : February 21, 2024
STATE OF : NEW YORK
COURT : U.S. District
COUNTY/DISTRICT : Eastern Dist.

## AFFIDAVIT OF SERVICE -  SECRETARY OF STATE

Nostromo LLC

Plaintiff(s)

against

ADT Inc. and ADT LLC

Defendant(s)

STATE OF NEW YORK )
COUNTY OF ALBANY  )SS
CITY OF ALBANY        )

**DESCRIPTION OF PERSON SERVED:**

Approx. Age:  70 Yrs.

Weight:  120 Lbs.  Height:    5' 0"    Sex:  Female   Color of skin:    White

Hair color:    Blonde    Other: _____

**Sean Warner**_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; is not a party to this action, and resides in the State of NY, and that on **March 8, 2024**_____ , at    **2:00 PM** , at the office of the  Secretary of State of the State of NY, located at 99 Washington Ave, 6th Fl, Albany, New York 12231 deponent served:
**Summons in A Civil Action & Complaint**

on

**ADT Inc.**

the Defendant in this action, by delivering to and leaving with                    **Sue Zouky**

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies   thereof and that at the time of making such service, deponent paid said Secretary of State a fee of _____ $40 _____ dollars; That said service was made pursuant to Section   **BUSINESS CORPORATION LAW §306**.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Sworn to before me on this
8th day of March, 2024

FAITH SOLZY
NOTARY PUBLIC, State of New York
No. 01CO6158874, Albany County
Commission Expires Jan 8, 2027

Sean Warner

Invoice·Work Order # 2411534
Attorney File # 2411135