UAET (02-2008)



# Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

### CASE AND DEADLINE INFORMATION

Civil Action No.: 2:24-cv-122-JRG

Name of party requesting extension: ADT Inc.

Is this the first application for extension of time in this case?  ☑ Yes  ☐ No

If no, please indicate which application this represents:  ☐ Second  ☐ Third  ☐ Other _____

Date of Service of Summons:

Number of days requested:  ☐ 30 days  ☐ 15 days  ☑ Other 20 days

New Deadline Date: 4/18/2024   *(Required)*

### ATTORNEY FILING APPLICATION INFORMATION

Full Name: Eric C. Rusnak

State Bar No.: DC 491254

Firm Name: Pillsbury Winthrop Shaw Pittman LLP

Address: 1200 Seventeenth Street, NW
         Washington, DC 20036

Phone: 202.663.8000

Fax: 202.663.8007

Email: eric.rusnak@pillsburylaw.com

A certificate of conference does not need to be filed with this unopposed application.