**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| NOSTROMO LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>ADT INC. and ADT LLC,<br><br>      Defendants. | Case No. 2:24-cv-00122-JRG<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| NOSTROMO LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>RESIDEO TECHNOLOGIES, INC. and ADEMCO INC.,<br><br>      Defendants. | Case No. 2:24-cv-00121-JRG<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

**SECOND JOINT MOTION FOR EXTENSION OF TIME FOR
PLAINTIFF TO COMPLY WITH P.R. 3-1 & 3-2
(INFRINGEMENT CONTENTIONS) AND FOR DEFENDANTS
TO COMPLY WITH P.R. 3-3 & 3-4 (INVALIDITY
CONTENTIONS) AND THE STANDING ORDER
REGARDING SUBJECT-MATTER ELIGIBILITY
CONTENTIONS**

Plaintiff Nostromo LLC ("Nostromo" or "Plaintiff") and Defendants Resideo Technologies, Inc. and Ademco Inc. (collectively, "Resideo" or "Defendants") (the "Parties") submit this second joint motion for an extension of time for Plaintiff to comply with P.R. 3-1 and 3-2 (Infringement Contentions) from the current deadline of May 29, 2024, up to and including **June 12, 2024**, as set forth in the Court's Order (Dkt. 20). The Parties further submit this motion

for an extension of time for Defendants to comply with P.R. 3-3 and 3-4 (Invalidity Contentions) and the Standing Order Regarding Subject-Matter Eligibility Contentions from the current deadline of July 24, 2024, up to and including **August 7, 2024**, as further forth in the Court's Order (Dkt. 20).

The Parties do not file this Motion for the purpose of delay, but rather to allow Plaintiff and Defendants to adequately address the issues associated with the respective pending Contentions and in order that justice be done.

Dated: May 28, 2024

Respectfully submitted,

*/s/ Vincent J. Rubino, III*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

***ATTORNEYS FOR PLAINTIFF,
NOSTROMO LLC***


*/s/ S. Benjamin Pleune (with permission)*
S. Benjamin Pleune
Email: ben.pleune@alston.com
**ALSOTN & BIRD**
Vantage South End
1120 South Tryon Street, Suite 300
Charlotte, NC 28203-6818
Telephone: 1 704 444 1000
Facsimile: 1 704 444 1111

*ATTORNEYS FOR DEFENDANTS RESIDEO TECHNOLOGIES, INC. AND ADEMCO INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on May 28, 2024, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

                                                 */s/ Vincent J. Rubino, III*
                                                 Vincent J. Rubino, III

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that counsel for Plaintiff has met and conferred with counsel for Defendants, and all parties have agreed to the proposed order submitted herewith.

                                                 */s/ Vincent J. Rubino, III*
                                                 Vincent J. Rubino, III