IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NOSTROMO LLC,<br><br>    Plaintiff,<br><br> v.<br><br>ADT INC. and ADT LLC,<br><br>    Defendants. | Case No. 2:24-cv-00122-JRG<br>(LEAD CASE)<br><br>**JURY TRIAL DEMANDED** |
| NOSTROMO LLC,<br><br>    Plaintiff,<br><br> v.<br><br>RESIDEO TECHNOLOGIES, INC. and ADEMCO INC.,<br><br>    Defendants. | Case No. 2:24-cv-00121-JRG<br>(MEMBER CASE)<br><br>**JURY TRIAL DEMANDED** |

**ORDER**

Before the Court is Nostromo LLC's ("Nostromo" or "Plaintiff") and Defendants ADT Inc.'s and ADT LLC's (collectively, "ADT" or "Defendants") (the "Parties") Second Joint Motion for Extension of Time to Serve Contentions (the "Motion"). **Dkt. No. 30.**

Having considered the Motion, and noting its joint nature, the Court finds that it should be and hereby is **GRANTED**. Accordingly, the Court **ORDERS** that the deadline for Plaintiff to comply with P.R. 3-1 and 3-2 (Infringement Contentions) is extended up to and including June 12, 2024. It is further **ORDERED** that the deadline for Defendants to comply with P.R. 3-3 and 3-4

(Invalidity Contentions) and the Standing Order Regarding Subject-Matter Eligibility Contentions is extended up to and including August 7, 2024.

Case 2:24-cv-00122-JRG   Document 31-1   Filed 05/28/24   Page 2 of 2 PageID #: 119